UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

LANGLEY PARTNERS, L.P., NORTH OLMSTED
PARTNERS, L.P., QUANTICO PARTNERS, L.P.,
AND JEFFREY THORP,

Defendants.

Case No. 1:06CV00467 (JDB)

## ORDER DIRECTING PAYMENT TO TREASURY

Upon consideration of plaintiff Securities and Exchange Commission's Motion for Payment to the United States Treasury and all responses thereto,

IT IS HEREBY ORDERED that the Clerk of this Court pay all funds presently being held in the Registry in connection with the above captioned action, together with all interest accrued thereon, by check to the order of the Securities and Exchange Commission. The check shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, under cover of a letter copied to the Commission's counsel of record that identifies the caption and action number of this case and the name of this Court, and that indicates that the funds are being paid for deposit by the Comptroller, Securities and Exchange Commission, into the United States Treasury; and

IT IS FURTHER ORDERED that upon receipt of such funds, the Office of Financial Management, Securities and Exchange Commission, shall promptly remit the funds to the United States Treasury.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: February 5, 2007